UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA

# 11 CR 755 (JFK)

-v-

Katia Gaton
---------------------------------X

Please be advised that the ~~conference~~/(sentence) scheduled for January 6, 2014

has been rescheduled to January 17, 2014 at 10:30 a.m.

in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

12-2-2013

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-2-13